U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 7 2007

CHRIS R. JOHNSON, CLERK

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CLARK HARWOOD                         PLAINTIFF(S)

v.                CIVIL NO.: 06-6057

UNITED STATES DEPARTMENT            DEFENDANT(S)
OF AGRICULTURE, ET AL

## O R D E R

Now on this 7th day of March, 2007 plaintiff having failed to file a response to the show cause order filed February 21, 2007 plaintiff's complaint against defendant(s):

     United States Department of Agriculture and
     United States Forest Service

is hereby dismissed for failure to timely serve.

     IT IS SO ORDERED.

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK

By: _____
Deputy Clerk

WD - 9.2